# NO. 12-23-00324-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CHARLES BREWSTER, INDIVIDUALLY AND AS ATTORNEY-IN-FACT FOR ARTHUR BREWSTER AND AUSTIN BREWSTER, EXECUTOR OF THE ESTATE OF ALMA JEAN BREWSTER, DECEASED, APPELLANTS* | § | *APPEAL FROM THE 4TH* |
| | § | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *DELBERT LYNN GOSS AND ROY LYNN LEMLEY, APPELLEES* | § | *RUSK COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant Charles Brewster, individually and as attorney-in-fact for Arthur Brewster and Austin Brewster, Executor of the Estate of Alma Jean Brewster, deceased, filed his notice of appeal on December 21, 2023. The reporter's record was filed on January 22, 2024, and the clerk's record was filed on January 23. Appellant's brief was due on or before February 22.

On February 14, Appellant filed a motion for extension of time to file his brief and sought an extension of time until March 25 to submit a brief. This Court granted the motion. On March 20, Appellant filed a second motion for extension of time to file his brief and sought an extension of time until April 24 to submit a brief. This Court granted that motion as well.

On May 13, this Court notified Appellant that his brief was late and that his appeal may be dismissed for want of prosecution pursuant to Texas Rule of Appellate Procedure 38.8(a)(1) unless, no later than Thursday, May 23, he filed a motion for extension of time, which contained

a reasonable explanation for such failure, and which showed that Appellee has not suffered material injury thereby. On May 23, Appellant filed his third motion for extension of time to file his brief, in which he stated that the parties were engaged in settlement negotiations, which had, to that point in time, failed to resolve the matter. In his motion, Appellant sought an extension of time to file his brief until June 22. This Court granted the motion, but in so doing, further ordered that "**NO FURTHER EXTENSIONS WILL BE ENTERTAINED BY THE COURT** [and that] **FAILURE TO FILE APPELLANT'S BRIEF BY THE EXTENDED DEADLINE MAY RESULT IN THIS CASE BEING REFERRED TO THE COURT FOR DISMISSAL.**"

The June 22 deadline passed, and Appellant has not filed a brief, a motion for leave to file a late brief, or a motion for extension of time. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Opinion delivered July 3, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 3, 2024**

**NO. 12-23-00324-CV**

**CHARLES BREWSTER, INDIVIDUALLY AND AS ATTORNEY-IN-FACT FOR ARTHUR BREWSTER AND AUSTIN BREWSTER, EXECUTOR OF THE ESTATE OF ALMA JEAN BREWSTER, DECEASED,**
Appellants
V.
**DELBERT LYNN GOSS AND ROY LYNN LEMLEY,**
Appellees

---

Appeal from the 4th District Court
of Rusk County, Texas (Tr.Ct.No. 2023-120)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED, and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*